

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00622-CV

Marisela G. **SALAS**, Individually and as Representative of the Estate of Martin Suarez and as
Next Friend of Keyla Marizel Salas Suarez, Minor,
Appellant

v.

**ALLEN KELLER CO. I, L.L.C.** d/b/a Allen Keller Co.,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13410
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of appeal are taxed against Appellant Marisela G. Salas, Individually and as
Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suarez,
Minor.

SIGNED August 19, 2015.

_____
Karen Angelini, Justice